IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHARON FRIERSON-SIMIYU, §
§
    Plaintiff, §
§
V. § No. 3:16-CV-2847-D
§
NANCY A. BERRYHILL, §
Acting Commissioner of Social Security, §
§
    Defendant. §

## ORDER

After making an independent review of the pleadings, files, and records in this case and of the findings, conclusions, and recommendation of the United States Magistrate Judge, dated November 8, 2017, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

**SO ORDERED**.

December 27, 2017.

                                                   _____
                                                 SIDNEY A. FITZWATER
                                                 UNITED STATES DISTRICT JUDGE